**Order entered March 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00024-CV

### IN RE DERRICK YOUNG, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-18771**

## ORDER
Before Justices Lang, Fillmore and Brown

Upon review of the petition for writ of mandamus, it appears the appendix and reporter's record supporting the petition include unredacted information that identifies the relator's minor child. It further appears the petition does not comply with the requirements of rule 52 in that the documents included in the appendix are neither sworn nor certified copies. TEX. R. APP. P. 52.3(k); 52.7(a)(1).

We **GRANT** real party in interest's motion to strike relator's petition for writ of mandamus and direct the Clerk of Court to **STRIKE** the petition and reporter's record supporting the petition. TEX. R. APP. P. 9.9(b). On our own motion, we **GRANT** relator leave to file a redrawn petition that complies with rules 9.9 and 52 of the Texas Rules of Appellate Procedure, which shall be filed in this cause number on or before March 6, 2015.

The Court's orders dated January 9, 2015 and February 17, 2015 remain in effect pending the timely filing of a redrawn petition with supporting appendix and record in compliance with rules 9.9 and 52 of the rules of appellate procedure.

/s/     DOUGLAS S. LANG
            JUSTICE